# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

DARRELL SKIPPER,                              :

    Plaintiff,                                :

vs.                                           :     CA 21-0276-MU

KILOLO KIJAKAZI,                              :
Acting Commissioner of Social Security,
                                              :
    Defendant.

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be affirmed.

**DONE** this the 15th day of April, 2022.

                                             s/P. Bradley Murray
                                        **UNITED STATES MAGISTRATE JUDGE**